STJ:5/21/13

FILED
13 MAY 23 PM 2:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA CONTRERAS,<br><br>Defendant. | Case No. 81CR-0319<br>(Ancillary to 80CR-0756-N)<br><br>**ORDER AND JUDGMENT TO DISMISS INDICTMENT** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled Indictment charging MARIA CONTRERAS with violating Title 18, United States Code Section 3150, returned by the Grand Jury on March 25, 1981, be dismissed without prejudice.

IT IS FURTHER ORDERED that any Warrant for Arrest issued for Defendant regarding this matter is hereby recalled.

IT IS SO ORDERED.

Dated: 5/22/13

HON. BARRY TED MOSKOWITZ
United States District Court
HON. WILLIAM Q. HAYES